UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JEFF MACOMBER, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-0964 DB P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendants made false allegations during the disciplinary hearing process. Presently before the court is defendants' request to opt out of the court's Post-Screening ADR (Alternative Dispute Resolution) Project. (ECF No. 23.)

　　　In support of the request, counsel for defendants states that plaintiff is presently housed in the Los Angeles County Jail to attend court proceedings and it is unknown when he will be returned to the custody of the California Department of Corrections and Rehabilitation. (ECF No. 23.) Good cause appearing, the court will grant the motion.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the court's Post-Screening ADR Project (ECF No. 23) is granted;

2. The ADR stay is lifted; and

3. Within thirty days of the date of this order, defendants shall file a responsive pleading.

Dated: August 28, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/hern0964.opt.out