IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFREDO HERNANDEZ,** | Case No. 2:22-cv-00964-DB |
| Plaintiff, | **ORDER** |
| v. | |
| **JEFF MACOMBER, et al.,** | |
| Defendants. | |

Defendants have moved to extend the deadline to take Plaintiff's deposition and the dispositive motion deadline by sixty days. (ECF No. 31.) Good cause having been shown, the motion is hereby GRANTED. Defendants may take Plaintiff's deposition on or before June 29, 2024, and the dispositive motion deadline is extended to August 6, 2024.

IT IS SO ORDERED

Dated: April 8, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1